UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATWINDER GILL,<br><br>           Plaintiff,<br><br>    v.<br><br>BRUNSWICK CORPORATION,<br><br>           Defendant. | Case No. 2:24-cv-2878-DC-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION TO DISMISS, GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE<br><br>(ECF Nos. 6, 9, 18) |

On August 13, 2025, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objection was filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on August 13, 2025 (ECF No. 18) are

ADOPTED;

2. Defendant's motion to dismiss, (ECF No. 6), is DENIED;

3. Plaintiff's motion to transfer venue, (ECF No. 9), is GRANTED; and

4. This action is transferred to the United States District Court for the Southern District of Florida.

IT IS SO ORDERED.

Dated: **September 3, 2025**

Dena Coggins
United States District Judge