UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24043-CIV-ALTONAGA/Reid

SATWINDER GILL,

    Plaintiff,
v.

BRUNSWICK CORPORATION,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Charles F. Wolf, Esq. of the law firm of K&L Gates LLP, hereby files his appearance in the above-styled case as counsel on behalf of Defendant Mercury Marine, a division of Brunswick Corporation, and requests that he be served with copies of all notices, pleadings, options, orders, and other documents filed in these proceedings.

Dated:  September 12, 2025

Respectfully submitted,

By:  /s/  Charles F. Wolf

Christina M. Paul, Esq.
Florida Bar No. 596876
christina.paul@klgates.com
Charles F. Wolf, Esq.
Florida Bar No. 99227
charles.wolf@klgates.com
**K&L Gates LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL  33131-2399
Telephone:   305-539-3300
Facsimile:    305-358-7095

*Counsel for Defendant Mercury Marine, a division of Brunswick Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 12th day of September 2025.



/s/ Charles F. Wolf