UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24043-CIV-ALTONAGA/Reid

SATWINDER GILL,

    Plaintiff,
v.

BRUNSWICK CORPORATION,

    Defendant.
_____/

**NOTICE OF FILING MEDIATOR'S REPORT**

    Plaintiff, Satwinder Gill ("Gill") and Defendant Brunswick Corporation ("Brunswick") hereby give notice of filing the attached Mediator's Report.

Dated: February 27, 2026.

Respectfully submitted,

**K&L Gates LLP**
*Counsel for Defendants Mercury Marine, a division of Brunswick Corporation*
Christina M. Paul, Esq.
Florida Bar No. 596876
christina.paul@klgates.com
Charles F. Wolf, Esq.
Florida Bar No. 99227
charles.wolf@klgates.com
Southeast Financial Center
200 S. Biscayne Blvd., Suite 3900
Miami, FL  33131-2399
Telephone:  305-539-3300
Facsimile:  305-358-7095

By: _/s/ Christina M. Paul_____

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 27th day of February, 2026.

                     /s/ Christina M. Paul