# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SATWINDER GILL,

    Plaintiff(s),

vs.

CASE NO: 25- 24043-CIV-ALTONAGA/REID

MERCURY MARINE

    Defendant(s),
_____/

**REPORT OF MEDIATOR**

    The undersigned, Robert A. Dulberg, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: February 19, 2026 The results of the Mediation Conference are as follows:

- ☐ All required parties were present *or*
- ☐ The following required parties were not present: _____
- ☐ An agreement was reached.
- ☒ A **confidential** settlement agreement was reached.
- ☐ No agreement was reached.
- ☐ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.
- ☐ The parties have agreed to continue negotiating with the assistance of the mediator.
- ☐ If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.
- ☐ Other:_____.

    Respectfully Submitted:

*/s/ Robert A. Dulberg, Esq.*
Robert A. Dulberg, Esq.
Florida Bar Number: 146575
rdulberg@aol.com

Managing Partner: John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service2@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800,
Miami, Florida 33131 Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record